UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Maggie Raby, | : |
|         Plaintiff, | : Civil Action No.: 1:12-cv-10626-RGS |
| v. | : |
| Central Credit Services, Inc.; and DOES 1-10, inclusive, | : |
|         Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)**

    Maggie Raby ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 23, 2012

                        Respectfully submitted,

                        By: /s/ Sergei Lemberg

                        Sergei Lemberg, Esq.
                        BBO No.: 650671
                        Lemberg & Associates L.L.C.
                        1100 Summer Street, 3rd Floor
                        Stamford, CT 06905
                        Telephone: (203) 653-2250
                        Facsimile:  (203) 653-3424
                        Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 23, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                             By /s/ Sergei Lemberg
                                                       Sergei Lemberg